# EXHIBIT A

Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697



Ruth R. Hughs  
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

P.A.M. Transportation Services, Inc.  
Filing Number: 803719234

Application for Registration                                                                August 11, 2020

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 10, 2020.



Ruth R. Hughs  
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555　　　　Fax: (512) 463-5709　　　　Dial: 7-1-1 for Relay Services  
Prepared by: SOS-WEB　　　　TID: 10266　　　　Document: 1012607390004

| Form 301<br><br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $750 | <br><br>**Application for Registration of a Foreign For-Profit Corporation** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 803719234 08/11/2020<br>Document #: 988930930002<br>Image Generated Electronically<br>for Web Filing |
|---|---|---|

1. The entity is a foreign for-profit corporation. The name of the entity is :

**P.A.M. Transportation Services, Inc.**

2A. The name of the corporation in its jurisdiction of formation does not contain the word "corporation," "company," "incorporated," or "limited" (or an abbreviation thereof). The name of the corporation with the word or abbreviation which it elects to add for use in Texas is:

2B. If the corporate name is not available in Texas, then set forth the name under which the corporation will qualify and transact business in Texas:

3. Its federal employer identification number is: **710633135**
☐ Federal employer identification number is not available at this time.

4. It is incorporated under the laws of:   **DELAWARE, USA**   and the date of its formation in that jurisdiction is: **6/27/1986**

5. As of the date of filing, the undersigned certifies that the foreign corporation currently exists as a valid corporation under the laws of the jurisdiction of its formation.

6. The purpose or purposes of the corporation that it proposes to pursue in the transaction of business in Texas are set forth below. The entity also certifies that it is authorized to pursue such stated purpose or purposes in the state or country under which it is organized.
**Hold real estate**

7. The date on which the foreign entity intends to transact business in Texas, or the date on which the foreign entity first transacted business in Texas is: **08/11/2020**

8. The principal office address of the corporation is:
**297 W Henri De Tonti Blvd, PO Box 188, Tontitown, AR, USA 72770-0188**

☐ 9A. The initial registered agent is an organization by the name of:

☑ 9B. The initial registered agent is an individual resident of the state whose name is:
**Oscar   Ramos**
☑ 9C. The business address of the registered agent and the registered office address is:
**2010 Los Suenos Ct   Laredo  TX  78045**

## Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☒ B. The consent of the registered agent is maintained by the entity.

10. The corporation hereby appoints the Secretary of State of Texas as its agent for service of process under the circumstances set forth in section 5.251 of the Texas Business Organizations Code.

11. The name and address of each person on the board of directors is:

| | |
|---|---|
| Director 1: | **Matthew T Moroun** |
| Address: | **1225 Stephen Road   Warren  MI, USA  48089** |
| Director 2: | **Matthew J Moroun** |
| Address: | **1225 Stephen Road   Warren  MI, USA  48089** |
| Director 3: | **Fred Calderone** |
| Address: | **1225 Stephen Road   Warren  MI, USA  48089** |
| Director 4: | **Pete Montano** |
| Address: | **14 Grand Mayne   Blue Eye  MO, USA  65611** |
| Director 5: | **Franklin MCLarty** |
| Address: | **425 West Capitol Ave Suite 3600   Little Rock  AR, USA  72201** |
| Director 6: | **Edwin Lukas** |
| Address: | **64 Woodland Shore Dr   Grosse Pointe Shores  MI, USA  48236** |
| Director 7: | **Michael Bishop** |
| Address: | **883 Great Oaks   Rochester  MI, USA  48307** |
| Director 8: | **Scott Davis** |
| Address: | **7 Sunset Dr   Little Rock  AR, USA  72207** |

## Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

## Effectiveness of Filing

☒ A. This document becomes effective when the document is filed by the secretary of state.

OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: **August 11, 2020**          **Allen West**

Signature and title of authorized person on behalf of the foreign entity

**FILING OFFICE COPY**